GEORGE WILLIAMS, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

AMERICAN SURETY COMPANY OF NEW YORK, Appellant, v. EMPIRE TRUST COMPANY AMERICAN EXCHANGE-PACIFIC NATIONAL BANK and DETROIT SAVINGS BANK, Respondents, Appellants, and WYANDOTTE SAVINGS BANK, Respondent.— Motions of plaintiff, Detroit Savings Bank, Empire Trust Company and American Exchange-Pacific National Bank for reargument denied and their respective motions for leave to appeal to the Court of Appeals granted. [See ante, p. 821.]

ERNEST LIECHTI, as Administrator, etc., of IDA LIECHTI, Deceased, Respondent, v. NASH SALES COMPANY OF SYRACUSE, INC., Appellant, and CHARLES DURETT, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

HENRIETTA K. ORR, Appellant, v. CHARLES H. CHAWGO and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

WILLIAM SHETLER, Respondent, Appellant, v. ADRIAN GROBSMITH and Others, Appellants, and MARTIN ERICKSON, Respondent.— Motions of plaintiff and of defendants, appellants, for reargument denied, with ten dollars costs to the respondent Erickson, and their motions for leave to appeal to the Court of Appeals are denied.

In the Matter of the Application of ROBERT NEWELL on Behalf of Himself and Others Similarly Situated for an Order of Mandamus against the CITY OF BUFFALO and Others.— Order of affirmance amended so as to state that the affirmance was made as a matter of law, and not in the exercise of any discretion. [See ante, p. 823.] Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

EUGENE PULLYBLANK, an Infant, etc., Respondent, v. ALBERT A. HARRINGTON, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied.

GEORGE PULLYBLANK, Respondent, v. ALBERT A. HARRINGTON, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

EDWARD L. FOSTER, Respondent, v. HUGH WELLES, as Sole Trustee in Bankruptcy of PREMIER REFINING AND MANUFACTURING COMPANY, Appellant.— Judgment affirmed, with costs, on the ground that the order of the referee in bankruptcy in Matter of Premier Refining and Manufacturing Company, a bankrupt, disallowing the claim of Edward L. Foster, was not on the merits but was a disallowance of the claim upon the default in appearance of the claimant and, therefore, not a determination upon the merits. Certain findings of fact disapproved and reversed and new findings made. All concur, except Taylor and Thompson, JJ., who dissent and vote for reversal on the law and facts upon the ground that on the face of the record the proceedings in the Ohio bankruptcy court were regular and show that the plaintiff's claim was there dismissed on the merits and that the order of the Ohio court is res adjudicata as to plaintiff's cause of action.